# Attachment 1

Supplemental Civil Cover Sheet

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.      **Style of the Case:**
        Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and
        Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the
        attorney(s) of record for each party named and include their bar number, firm name, correct mailing
        address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Dominique Brown | Plaintiff | Dominique Brown T681828<br>Lower Buckeye Jail<br>3250 West Lower Buckeye Road<br>Phoenix, AZ 85009 |
| Maricopa County Defendants Allister Adel, Bob Shutts, Treena Kay and Kate Boehm | Defendants | Courtney R. Glynn (023155)<br>Angela D. Lane (035963)<br>Maricopa County Attorney's Office<br>CIVIL SERVICES DIVISION225<br>West Madison StreetPhoenix,<br>Arizona 85003Telephone: (602)<br>506-8541 |
| | | |

2.      **Jury Demand:**
        Was a Jury Demand made in another jurisdiction?     Yes  ⦿          No  ◯
        If "Yes," by which party and on what date?

_____                    _____

3.      **Answer:**
        Was an Answer made in another jurisdiction?     Yes  ◯          No  ⦿
        If "Yes," by which party and on what date?

_____                    _____

4.      **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County Defendants Allister Adel, Bob Shutts, Treena Kay and Kate Boehm | July 13, 2021 | Process Server |
| | | |
| | | |

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |
| | |
| | |

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Dominique Brown | Violations of Eighth and Fourteenth Amendments |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**