1

2

3

4

5

6

7 **IIN THE UNITED STATES DISTRIC COURT**

8 **FOR THE DISTRICT OF ARIZONA**

9 Dominique Brown,                              No. _____

10                    Plaintiff,

11          v.                              **INDEX**

12 Allister Adel, Bob Shutts, Treena Kay,
13 Kate Boehm

14                    Defendants.

15

16

17

18

19          Exhibit:        (A) Civil Cover Sheet
20                          (B) State Court Record

21                              Attachment:

22                                  1.  Supplemental Cover Sheet

23                                  2.  Recent State Court Docket

24                                  3.  Complaint

25                                  4.  Service Documents

26                                  5.  Remainder of the State Court Record

27                                  6.  Verification of DCA Courtney R. Glynn

28                          (C) Superior Court Notice of Removal to the Federal District Court

# EXHIBIT A

Civil Cover Sheet

(AO Form JS-44)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

### The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.

| | |
|---|---|
| **Plaintiff (s):** **Dominique Brown** | **Defendant (s):** **Allister Adel , Maricopa County Attorney; Bob Shutts ; Treena Kay ; Kate Boehm** |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

| | |
|---|---|
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Dominque Brown(T681828)** **Arizona** | **Courtney R. Glynn , Deputy County Attorney** **Angela D. Lane, Deputy County Attorney** **Maricopa County Attorney's Office** **225 W. Madison** **Phoenix, Arizona  85003** **(602)506-8541** |

## REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-010309

<u>II. Basis of Jurisdiction</u>:   **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

<u>IV. Origin</u> :   **2. Removed From State Court**

<u>V. Nature of Suit</u>:   **440 Other Civil Rights**

<u>VI.Cause of Action</u>:   **42 42 U.S.C. § 1983 for Violations of the Eighth and Fourteenth Amendments of the United States Constitution.**

<u>VII. Requested in Complaint</u>

Class Action: **No**

Dollar Demand:

Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>**Courtney R. Glynn**</u>

**Date:** <u>**07/27/21**</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

# EXHIBIT B

State Court Record

Attachments:

1. Supplemental Cover Sheet
2. Recent State Court Docket
3. Complaint
4. Service Documents
5. Remainder of the State Court Record
6. Verification of Courtney R. Glynn

# Attachment 1

Supplemental Civil Cover Sheet

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Dominique Brown | Plaintiff | Dominique Brown T681828<br>Lower Buckeye Jail<br>3250 West Lower Buckeye Road<br>Phoenix, AZ 85009 |
| Maricopa County Defendants Allister Adel, Bob Shutts, Treena Kay and Kate Boehm | Defendants | Courtney R. Glynn (023155)<br>Angela D. Lane (035963)<br>Maricopa County Attorney's Office<br>CIVIL SERVICES DIVISION225<br>West Madison StreetPhoenix,<br>Arizona 85003Telephone: (602)<br>506-8541 |
|  |  |  |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?     Yes ⦿     No ◯
   If "Yes," by which party and on what date?

   _____          _____

3. **Answer:**
   Was an Answer made in another jurisdiction?     Yes ◯     No ⦿
   If "Yes," by which party and on what date?

   _____          _____

**4. Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County Defendants Allister Adel, Bob Shutts, Treena Kay and Kate Boehm | July 13, 2021 | Process Server |
| | | |
| | | |

**5. Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |
| | |
| | |

**6. Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

**7. Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Dominique Brown | Violations of Eighth and Fourteenth Amendments |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# Attachment 2

Recent State Court Docket

 › Docket

# Civil Court Case Information – Case History

**Case Information**

| | | | | |
|---|---|---|---|---|
| Case Number: | CV2021-010309 | Judge: | Warner, Randall |
| File Date: | 6/29/2021 | Location: | Downtown |
| Case Type: | Civil | | |

**Party Information**

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Dominique Brown | Plaintiff | Male | Pro Per |
| Allister Adel | Defendant | Female | Pro Per |
| Bob Shutts | Defendant | Male | Pro Per |
| Kate Boehm | Defendant | Female | Pro Per |
| Treena Kay | Defendant | Female | Pro Per |

**Case Documents**

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/21/2021 | AFS - Affidavit Of Service | 7/27/2021 | |
| **NOTE:** TREENA KAY | | | |
| 7/21/2021 | SUM - Summons | 7/27/2021 | Plaintiff(1) |
| 7/21/2021 | SUM - Summons | 7/27/2021 | Plaintiff(1) |
| 7/21/2021 | SUM - Summons | 7/27/2021 | Plaintiff(1) |
| 6/29/2021 | COM - Complaint | 6/30/2021 | Plaintiff(1) |
| 6/29/2021 | CSH - Coversheet | 6/30/2021 | Plaintiff(1) |
| 6/29/2021 | CCN - Cert Arbitration - Not Subject | 6/30/2021 | Plaintiff(1) |
| 6/29/2021 | NJT - Not Demand For Jury Trials | 6/30/2021 | Plaintiff(1) |
| 6/29/2021 | ADW - Application Deferral/Waiver | 6/30/2021 | Plaintiff(1) |
| 6/29/2021 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 6/30/2021 | Plaintiff(1) |
| 6/29/2021 | ODF - Order Deferring Court Fees | 6/30/2021 | |

**Case Calendar**
There are no calendar events on file

**Judgments**
There are no judgments on file

# Attachment 3

Complaint

Person Filing: _Dominique Brown T681828_

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff OR  ☐ Defendant

JEFF FINE
Clerk of the Superior Court
By Rebecca Merino, Deputy.
Date 06/29/2021 Time 11:36:43
Description                    Amount
----- CASE# CV2021-010309 -----
CIVIL NEW COMPLAINT  For Clerk's Use Only 333.00 D
TOTAL AMOUNT                     0.00
    Receipt# 28325920

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Dominique Brown_
Name of Plaintiff

_Allister Adel, Bob Shutts,
Treena Kay, Kate Boehm_
Name of Defendant

Case Number: CV 2021-010309

Title: **CIVIL COMPLAINT**
_____
_____

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages, OR

Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is Dominique Brown

4. The Defendant in this case is Allister Adel, Bob Shutts, Treena Kay, Kate Boehm

## STATEMENT OF FACTS AND BREACH

5. Each defendant Demostrated prosecutorial Misconduct when they either Allowed or did

6. put multiple aliases on the indictments in each cases Each Defendant is responsible

7. for prosecuting me in or on. I have been prejudiced against by each defendant

8. because of this. These actions are against my guarantees given to me under

9. the Constitution and Laws of the United States of America. Each Defendant Knew

10. or could have known my true and correct name.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(    ) § 12.15 Motion to dismiss indictment — Insufficient allegations and other grounds.

(    ) Prosecutorral Misconduct, wrongful prosecution, malicious prosecution,

(    ) Legal Malpractice, cruel and unusual punishment, pain and suffering

(    ) Defamation of Character, wrongfully detained/Imprisonment

(    ) 8th and 14th Amendment

(    )

(    ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) The Plaintiff's constitutional rights were violated and he has been force to

( ) await trial due to these violation and
is facing Natural life in prison because
( ) of these malicious and wrongful
prosecution. Each defendant has abuse
( ) their power and Demostrated prosecutorial
misconduct and legal malpractice on the
( ) defendant subjecting him to prejudice, pain
and suffering in jail, and cruel and unusual punishments

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) I Demand that each defendant pay
to me, separately, the relief of
( ) $100,000,000 million dollars each.
Making a total of $400,000,000

( ) _____

_____

( ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this __06-21-2021__.
*(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 4 of 4                    CVC10f 070118

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

**# OF PAGES ATTACHED:** 4F 114

Last Name (Apellido) Brown    First Name (Primer Nombre) Dominic

Booking # (Numero de Registro) T681825    Date of Birth (Fecha de Nacimiento) 2-29-

Jail (Cárcel) 4th Avenue    House (Casa) & Cell (Celda) 4F1    Current Date (Fecha de Hoy) 06

☒ **PRO-PER**    ☐ **PRO-SE**

Criminal CR # _____    Civil Action/AZ Superior Court CV # _____
(# Del Caso Criminal)    (# Del Caso Civil/AZ Tribunal Superior)

Justice/Municipal Court # _____    Civil Rights/USDC # _____
(# Justicia/Tribunal Municipal)    (# Del Caso De Derechos Civiles)

CR Attorney _____    Child Support Case DR/FN/FC # _____
(Abogado Defensor Del Caso Criminal)    (# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☒ Court Filings (Archivar)    ☐ Legal Forms (Formularios Legales)

☐ Delivery of Documents (Entregar)    ☐ Mailing (Envió Por Correo)

☐ Legal Supplies (Artículos Legales)    ☐ Notary-specify type of document

☐ Legal Research (Investigación Legal)    _____ (Notario)

**I.L.S.**
**REC'D** JUN 22 2021
**RET'D** JUN 22 2021

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) File two motions _____
2) Notice of claim form _____
3) notice of claim form _____
4) _____
5) _____

Inmate's Signature (Firma del Recluso)    Officer's Signature & Serial # Boll3 Jackson    Time and Date Rec'd 0000 6-21-21

## DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
## (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

### Please clarify which Notice of Claim you require (City of _____, State, County)

| Action | *Delivered for filing* 4 pages, CR2020-123250 |
|---|---|
| Document | *Motion to Dismiss Indictment- Insufficient Allegations and Other Grounds Federal + Certification* |
| Where | *Clerk of the Court Maricopa County Superior Court* |
| Parties Copied | *Judge Chuck Whitehead, Maricopa County Superior Court;*<br>*County Attorney Kate Loudenslagel, 225 W. Madison St., Phoenix, AZ 85003*<br>*Advisory Counsel Burges McCowan, 1641 E. Osborn Rd., STE 8, Phoenix, AZ, 85016* |

**Thank you, B5188**

Dominique Brown
3250 W. Lower Buckeye Rd Phoenix, AZ
85009
Attorney: Dominique Brown

In the Superior Court of Arizona
In and For the County of Maricopa

| State of Arizona | Case NO. CR2020-123250 |
|---|---|
| v. | |
| Dominique Brown | §12:15 Motion to Dismiss indictment - insufficient Allegations and other grounds. Federal |

Defendant moves to dismiss indictment
for the following reasons; by alleging in the
indictment a number of aliases, the
Defendant has been and will be prejudiced,
and he will be unable to receive a fair
and impartial jury trial in this case as
guaranteed to him under the constitution
and laws of the United States. Such
manner of alleging the Defendant's name
amounts to misconduct on the part of
the prosecuting authorities who knew
or could have known the Defendant's
true and correct name. please dismiss with
prejudice.

06-21-2021

**MAILING LIST: This page must be completed and attached to the last page of your Motion/Request.**

Copies to be forwarded to the following:

Judge _Chuck Whitehead 201 S. Jefferson Phx, AZ 85003_

County Attorney _Treena Kay 225 W. Madison Phoenix, AZ 85003_

Defense Attorney/AdvisoryCounsel _Dominique Brown 3250 w lower Buckey
Rd Phx, AZ 85009/ Burgess McCowan 1641 e. Osborn Rd Phoenix
AZ 85016 ste 8_

_[signature]_
Signature

06-21-2021
Date

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Kate Boehm
Deputy County Attorney
Bar ID #: 029667
225 W Madison St, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-5999
sp2div@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 202017326 - Goodyear Police Department
1839780

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>     Plaintiff,<br><br>vs.<br><br>DEVANTE SHEMAR BELL,<br>DOMINIQUE DISHAWN BROWN<br>aka Dominique Brown, Dominique D<br>Brown, Trigger Trigger,<br><br>     Defendants. | CR2020-123250-002<br>CR2020-123250-001 April 15<br><br>INDICTMENT<br>778 GJ 314  T 639353<br>25000<br><br>**COUNT 1:** AGGRAVATED ASSAULT, A<br>CLASS 3 FELONY Dangerous, Domestic<br>Violence (Devante Shemar Bell)<br>**COUNT 2:** DISORDERLY CONDUCT, A<br>CLASS 6 FELONY Dangerous (Devante<br>Shemar Bell)<br>**COUNT 3:** ASSAULT, A CLASS 3<br>MISDEMEANOR Domestic Violence<br>(Devante Shemar Bell)<br>**COUNT 4:** MISCONDUCT INVOLVING<br>WEAPONS, A CLASS 4 FELONY (Devante<br>Shemar Bell)<br>**COUNT 5:** MISCONDUCT INVOLVING<br>WEAPONS, A CLASS 4 FELONY<br>(Dominique Dishawn Brown) |

Suppress
Rule
13.2
Form

The Grand Jurors of Maricopa County, Arizona, accuse DEVANTE SHEMAR BELL, DOMINIQUE DISHAWN BROWN, on June 19, 2020, charging that in Maricopa County, Arizona:

**COUNT 1:**

DEVANTE SHEMAR BELL, on or about June 11, 2020, using a firearm, a deadly weapon or dangerous instrument, intentionally did place Sadauri Vaugh-White in reasonable apprehension of imminent physical injury, in violation of A.R.S. §§ 13-1203, 13-1204, 13-3601, 13-3105, 13-701, 13-702, and 13-801.

The State further alleges that the offense charged in this count is a dangerous felony because the offense involved the discharge, use, or threatening exhibition of a firearm , a deadly weapon or dangerous instrument, in violation of A.R.S. §§ 13-105 and 13-704.

**COUNT 2:**

DEVANTE SHEMAR BELL, on or about June 11, 2020, intentionally or knowingly did disturb the peace or quiet of a neighborhood, family, or person (to wit: Taiajah Rhem), by recklessly handling, displaying, or discharging a firearm, in violation of A.R.S. §§ 13-2904, 13-701, 13-702, and 13-801.

The State further alleges that the offense charged in this count is a dangerous felony because the offense involved the discharge, use, or threatening exhibition of a

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date     _____ **June 22, 2021** _____

In accordance with the instruction received from the inmate and the rules of this Court, I hereby certify, I delivered for filing the attached original to the Clerk of the Superior Court, Maricopa County, State of Arizona.

I further certify that copies of the original have been forwarded to:

√   Judge     **Chuck Whitehead**     Superior Court, Maricopa County, State of Arizona.

___   Judge     _____ Superior Court, Maricopa County, State of Arizona.

___   Commissioner     _____ Superior Court, Maricopa County, State of Arizona.

√   County Attorney, Maricopa County, State of Arizona     **Kate Loudenslagel**

___   Public Defender, Maricopa County, State of Arizona     _____

√   Advisory Counsel     **Burges McCowan, 1641 E. Osborn Rd., STE 8, Phoenix, AZ, 85016**

___   Probation Officer     _____

___   Adult Probation Department, Maricopa County, State of Arizona     _____

___   Legal Defender     _____

___   Legal Advocate     _____

___   Attorney     _____

___   Other     _____

_____     **B5188**
Legal Support Specialist Signature        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

PRO PER

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

**# OF PAGES ATTACHED:**
**4F 114**

Last Name (Apellido) **Brown**   First Name (Primer Nombre) **Dominique**

Booking # (Numero de Registro) **T681828**   Date of Birth (Fecha de Nacimiento) **04-01-1989**

Jail (Cárcel) **4th Ave Jail**   House (Casa) & Cell (Celda) **4F1,14**   Current Date (Fecha de Hoy) **06-21-21**

☒ **PRO-PER**   ☐ **PRO-SE**

Criminal CR # _____
(# Del Caso Criminal)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

Civil Action/AZ Superior Court CV # _____
(# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # _____
(# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☒ Court Filings (Archivar)
☐ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☐ Mailing (Envió Por Correo)
☐ Notary-specify type of document
_____ (Notario)

**I.L.S.**
**REC'D** JUN 22 2021
**RET'D** JUN 22 2021

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) Please file this motion
2) General motion
3) General motion
4) General motion
5) General motion

Inmate's Signature (Firma del Recluso) _____   Officer's Signature & Serial # **B0413 JACKSON**   Time and Date Rec'd **0000 6-21-21**

### DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
### (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

Attached are four (4) AZ Superior Court General Motions.

| Action | **Delivered for filing** *4 pages, CR2021-001216* |
|---|---|
| **Document** | *Motion to Dismiss Indictment- Insufficient Allegations and Other Grounds Federal + Certification* |
| **Where** | *Clerk of the Court Maricopa County Superior Court* |
| **Parties Copied** | *Judge Chuck Whitehead, Maricopa County Superior Court;* *County Attorney Treena Kay, 225 W. Madison St., Phoenix, AZ 85003* *Advisory Counsel Burges McCowan, 1641 E. Osborn Rd., STE 8, Phoenix, AZ, 85016* |

**Thank you, B5188**

Dominique Brown
3250 W. Lower Buckeye Rd. Phx/AZ 85009
Attorney: Dominique Brown

IN The Superior Court of Arizona
IN and For the County of Maricopa

| State of Arizona | Case No. CR2021001216 |
|---|---|
| v. | |
| Dominique Brown | §12.15 Motion to dismiss indictment - Insufficient Allegations and other grounds. Federal |

Defendant moves to dismiss the indictment
for the following reasons: by alleging in the
indictment a number of aliases, the Defendant
has been and will be prejudiced, and he
will be unable to receive a fair and impartial
jury trial in this case as guaranteed to
him under the Constitution and Laws of the
United States. Such manner of alleging the
Defendants name amounts to misconduct
on the part of the prosecuting authorities
who knew or could have known the Defendants
true and correct name. Please dismiss with prejudice.

06-21-2021

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Treena Kay
Deputy County Attorney
Bar ID #: 019842
225 W Madison St, 4th Floor
Phoenix, AZ 85003
Telephone: (602) 506-7551
sp1div@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 210212020 - Buckeye Police Department

1876587

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOMINIQUE DISHAWN BROWN,<br>aka TRIGGER TRIGGER<br>aka DOMINIQUE D BROWN<br>aka DOMINIQUE BROWN<br><br>    Defendants. | INDICTMENT<br>793 GJ 146<br><br>**COUNT 1:** POSSESSION OR USE OF<br>DANGEROUS DRUGS, A CLASS 4 FELONY<br>(Dominique Dishawn Brown)<br>**COUNT 2:** POSSESSION OR USE OF<br>DRUG PARAPHERNALIA, A CLASS 6<br>FELONY (Dominique Dishawn Brown)<br>**COUNT 3:** RESISTING ARREST, A CLASS 1<br>MISDEMEANOR (Dominique Dishawn<br>Brown) |

The Grand Jurors of Maricopa County, Arizona, accuse DOMINIQUE DISHAWN

BROWN, on March 17, 2021, charging that in Maricopa County, Arizona:

**COUNT 1:**

DOMINIQUE DISHAWN BROWN, on or about February 12, 2021, knowingly did possess or use methamphetamine, a dangerous drug, in violation of A.R.S. §§ 13-3401, 13-3407(A)(1), 13-3418, 13-701, 13-702, and 13-801.

**COUNT 2:**

DOMINIQUE DISHAWN BROWN, on or about February 12, 2021, unlawfully did use or possess with intent to use a pipe, drug paraphernalia, to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce into the human body methamphetamine, in violation of A.R.S. §§ 13-3401, 13-3405, 13-3407, 13-3408, 13-3415, 13-3418, 13-701, 13-702, and 13-801.

**COUNT 3:**

DOMINIQUE DISHAWN BROWN, on or about February 12, 2021, intentionally prevented or attempted to prevent Tyler Rapisardi, a person reasonably known to him to be a peace officer, acting under color of his official authority, from effecting an arrest by engaging in passive resistance, in violation of A.R.S. §§ 13-2508, 13-707, and 13-802.

("A True Bill")

**MAILING LIST:  This page must be completed and attached to the last page of your Motion/Request.**

Copies to be forwarded to the following:

Judge  Chuck Whitehead 201 S. Jefferson Phx, AZ 85003

County Attorney  Treena Kay 225 w. Madison Phx, AZ 85003

Defense Attorney/Advisory Counsel  Dominique Brown / Burgess McCowan
1641 e. Osburn Rd Phx, AZ 85016 Ste. 8

_____
Signature

06-21-2021
Date

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date _____ **June 22, 2021** _____

In accordance with the instruction received from the inmate and the rules of this Court, I hereby certify, I delivered for filing the attached original to the Clerk of the Superior Court, Maricopa County, State of Arizona.

I further certify that copies of the original have been forwarded to:

√   Judge _____**Chuck Whitehead**_____ Superior Court, Maricopa County, State of Arizona.

\_\_\_   Judge _____ Superior Court, Maricopa County, State of Arizona.

\_\_\_   Commissioner _____ Superior Court, Maricopa County, State of Arizona.

√   County Attorney, Maricopa County, State of Arizona \_\_\_\_\_**Treena Kay**\_\_\_\_\_

\_\_\_   Public Defender, Maricopa County, State of Arizona _____

√   Advisory Counsel \_\_\_**Burges McCowan, 1641 E. Osborn Rd., STE 8, Phoenix, AZ, 85016**\_\_\_

\_\_\_   Probation Officer _____

\_\_\_   Adult Probation Department, Maricopa County, State of Arizona _____

\_\_\_   Legal Defender _____

\_\_\_   Legal Advocate _____

\_\_\_   Attorney _____

\_\_\_   Other _____

_____   **B5188**
Legal Support Specialist Signature            S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

PRO-PER
BROWN

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

**# OF PAGES ATTACHED:**
**4F 114**

Last Name (Apellido) **Brown**  First Name (Primer Nombre) **Dominion**

Booking # (Numero de Registro) **T681878**  Date of Birth (Fecha de Nacimiento) **04-01-1989**

Jail (Cárcel) **4ᵗʰ Ave**  House (Casa) & Cell (Celda) **4F1.14**  Current Date (Fecha de Hoy) **06-21-21**

---

☒ **PRO-PER**  ☐ **PRO-SE**

Criminal CR # _____
(# Del Caso Criminal)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

Civil Action/AZ Superior Court CV # _____
(# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # _____
(# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

---

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☒ Court Filings (Archivar)
☐ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☐ Mailing (Envió Por Correo)
☐ Notary-specify type of document
_____ (Notario)

**I.L.S.**
**REC'D** JUN 22 2021
**RET'D** JUN 22 2021

---

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) File this motion Please
2) Notice of claim form
3) General motion form
4) General motion form
5) notice of claim form

---

Inmate's Signature (Firma del Recluso) _____

Officer's Signature & Serial # **B0413 JACKSON**

Time and Date Rec'd **0000 6-21-21**

---

## DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
## (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

Attached are two (2) AZ Superior Court General Motions.
Please clarify which Notice of Claim you require (City of ____), Maricopa County, State, etc.).

| Action | *Delivered for filing* 4 pages, CR2021-106431 |
|---|---|
| Document | *Motion to Dismiss Indictment- Insufficient Allegation and Other Grounds Federal + Certification* |
| Where | *Clerk of the Court Maricopa County Superior Court* |
| Parties Copied | *Judge Chuck Whitehead, Maricopa County Superior Court; County Attorney Treena Kay, 225 W. Madison St., Phoenix, AZ 85003 Advisory Counsel Burges McCowan, 1641 E. Osborn Rd., STE 8, Phoenix, AZ, 85016* |

**Thank you, B5188**

Person Filing: Dominique Brown

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, Arizona 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

I.L.S.
DELV'D FOR FILING
JUN 22 2021
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

STATE OF ARIZONA

Name of Plaintiff or Petitioner

Dominique Brown

Name of Defendant or Respondent

Case Number: CR2021-106431

Title: §12:15 Motion to Dismiss indictment - insufficient Allegations and other grounds, Federal

Explain what you want the Court to order. The Judge may grant, deny, or change your request (or "motion"). A ruling will be issued by "minute entry."

Defendant moves to dismiss indictment for the following reasons: by alleging in the indictment a number of aliases, the Defendant has been and will be prejudiced, and he will be unable to receive a fair and impartial jury trial in this case as guaranteed to him under the constitution and laws of the united States. Such manner of alleging the Defendant's name amounts to misconduct on the part of the prosecuting authorities who knew or could have known the Defendant's true and correct name. please dismiss with prejudice.

Today's Date: 06-07-2021

Your Signature

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Bob Shutts
Deputy County Attorney
Bar ID #: 003469
225 W Madison St, 4th Floor
Phoenix, AZ 85003
Telephone: (602) 506-7551
sp1div@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 2054890 - Avondale Police Department
1871239

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| THE STATE OF ARIZONA, | CR2021-106431-001 |
|---|---|
| Plaintiff, | INDICTMENT 792 GJ 242 |
| vs. | |
| DOMINIQUE DISHAWN BROWN, aka TRIGGER TRIGGER aka DOMINIQUE D BROWN aka DOMINIQUE BROWN | **COUNT 1:** FIRST DEGREE MURDER, A CLASS 1 FELONY Dangerous (Dominique Dishawn Brown) **COUNT 2:** ARMED ROBBERY, A CLASS 2 FELONY Dangerous (Dominique Dishawn Brown) |
| Defendants. | |

The Grand Jurors of Maricopa County, Arizona, accuse DOMINIQUE DISHAWN

BROWN, on February 25, 2021, charging that in Maricopa County, Arizona:

**COUNT 1:**

DOMINIQUE DISHAWN BROWN, on or about December 10, 2020, acting either alone or with one or more other persons, committed or attempted to commit Armed Robbery, A.R.S. §13-1904, and in the course of and in furtherance of such offense, or immediate flight from such offense, DOMINIQUE DISHAWN BROWN or another person did cause the death of Luis E Garcia, in violation of A.R.S. §§ 13-1101, 13-1105, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-751, 13-752 and 13-801.

The State further alleges that the offense charged in this count is a dangerous felony because the offense involved the discharge, use, or threatening exhibition of a handgun, a deadly weapon or dangerous instrument and\or the intentional or knowing infliction of serious physical injury upon Luis E Garcia, in violation of A.R.S. §§ 13-105 and 13-704.

**COUNT 2:**

DOMINIQUE DISHAWN BROWN, on or about December 10, 2020, did in the course of taking property of another from Brent William Jubran's person or immediate presence and against his will, used threats or force against Brent William Jubran, with the intent to coerce surrender of the property or to prevent resistance to DOMINIQUE DISHAWN BROWN's taking or retaining the property while DOMINIQUE DISHAWN BROWN or an accomplice was armed with a deadly weapon or a simulated deadly weapon or used or threatened to use a deadly weapon or dangerous instrument or a

**MAILING LIST:  This page must be completed and attached to the last page of your Motion/Request.**

Copies to be forwarded to the following:

Judge _Chuck Whitehead 201 w. Jefferson Phx, AZ 85003_

County Attorney _Treena Kay 225 w. Madison Phoenix, AZ 85003_

Defense Attorney/Advisory Counsel _Dominique Brown 3250 w. Lower Buckeye_
Rd Phoenix, Az 85009 / Burgess McCowan 1641 e. Osborn Rd
Phoenix, Az 85016

_____
Signature

06-01-2021
Date

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **June 22, 2021** _____

In accordance with the instruction received from the inmate and the rules of this Court, I hereby certify, I delivered for filing the attached original to the Clerk of the Superior Court, Maricopa County, State of Arizona.

I further certify that copies of the original have been forwarded to:

√ Judge ____**Chuck Whitehead**____ Superior Court, Maricopa County, State of Arizona.

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ Commissioner _____ Superior Court, Maricopa County, State of Arizona.

√ County Attorney, Maricopa County, State of Arizona ____**Treena Kay**____

___ Public Defender, Maricopa County, State of Arizona _____

√ Advisory Counsel ____**Burges McCowan, 1641 E. Osborn Rd., STE 8, Phoenix, AZ, 85016**____

___ Probation Officer _____

___ Adult Probation Department, Maricopa County, State of Arizona _____

___ Legal Defender _____

___ Legal Advocate _____

___ Attorney _____

___ Other _____

_____ **B5188**
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

# Attachment 4

Service Documents

# ORIGINAL

Person Filing: Dominique Brown T681808

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone:

Email Address:

Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 21 PM 4: 35

**FILED**
BY M. Oliverio, DEP

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

**CV 2021-010309**

Dominique Brown

Name of Plaintiff

Case No.: _____

And Kate Boehm, Allister Adel, Treena Kay, Rob Shutts

Name of Defendant

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.**
**If you do not understand it, contact a lawyer for help.**

---

FROM THE STATE OF ARIZONA TO: Kate Boehm

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JUN 2 9 2021

SIGNED AND SEALED this date

JEFF FINE, CLERK

**CLERK OF SUPERIOR COURT**

By_____

Deputy Clerk

R. Merino
Deputy Clerk



# ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 21 PM 4: 35

For Clerk's Use Only
FILED
BY M. Oliverio, DEP

**Person Filing:** Dominique Brown 7681828

**Address (if not protected):** 3250 W. Lower Buckeye Road

**City, State, Zip Code:** Phoenix, AZ 85009

**Telephone:**

**Email Address:**

**Lawyer's Bar Number:**

**Representing** ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

**Name of Plaintiff**

And Allister Adel, BoB Shutts, Treena Kay, Kate Boehm

**Name of Defendant**

**Case No.:** CV 2021-010309

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Allister Adel

**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

---

© Superior Court of Arizona in Maricopa County
RIGHTS RESERVED

Page 1 of 2

CV11f 031820

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JUN 2 9 2021

SIGNED AND SEALED this date

JEFF FINE, CLERK

_____
CLERK OF SUPERIOR COURT

By_____
                    Deputy Clerk

R. Merino
Deputy Clerk

# ORIGINAL

Person Filing: _Dominique Brown T681808_

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ  85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

21006523
209
CLERK OF THE
SUPERIOR COURT
RECEIVED COB #1
DOCUMENT DEPOSITOR

21 JUL 21 PM 4: 35

For Clerk's Use Only
FILED
BY M. Oliverio, DEP

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_Dominique Brown_
Name of Plaintiff

And _Bob Shutts, Allister Abel, Treena Kay, Kate Boehm_
Name of Defendant

Case No.: CV 2021-010309

**SUMMONS**

For legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

> **WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _Bob Shutts_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JUN 2 9 2021

SIGNED AND SEALED this date

_____
CLERK OF SUPERIOR COURT

JEFF FINE, CLERK

By_____
                    Deputy Clerk

R. Merino
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

**MARICOPA COUNTY SHERIFF'S OFFICE**
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 21 PM 4: 35

FILED
BY M. Oliverio, DEP

Dominique Brown
vs.
Allister Adel, Bob Shutts, Treena Kay, Kate Boehm

| STATE OF ARIZONA | ) | | CV2021-010309 |
|---|---|---|---|
| | ) ss. | | |
| County of Maricopa | ) | | 21006523 |

    I hereby certify that I received the within documents on the **29th** day of **June A.D. 2021** at the hour of **11:50 AM,** and served the same on the **13th** day of **July A.D. 2021** on **Treena Kay** being said defendant(s) named in said documents, by delivering to **D Mackenzie, staff,** who is authorized to accept service, at **Maricopa County Prosecutor's Office, 225 W Madison Street, Phoenix, AZ 85003** at **11:40 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration, Plaintiff's Demand For Jury Trial.**

**Dated this 13th day of July A.D. 2021.**

| Service | $16.00 |
|---|---|
| Total | $16.00 |

PAUL PENZONE
Maricopa County Sheriff

J.P. Newman

By _____
Deputy J. Newman #S1277

A8340

# Attachment 5

Remainder of the State Court Record

In the Superior Court of the State of Arizona
In and For the County of  Maricopa

Case Number  CV 2021-010309

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed?  ☐ Yes  ☐ No

If yes, what language(s): _____

_____

CLERK OF THE SUPERIOR COURT FILED
R. MERINO, DEP
2021 JUN 29 AM 11: 34

Plaintiff's Name(s): (List all)    Plaintiff's Address:    Phone #:    Email Address:

Dominique Brown 3250 w Lower Buckeye Rd Phx, AZ 85009

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Bob Shutts   225 w. Madison St  Phx, AZ 85003
Treena Kay  225 w. Madison St  Phx, AZ 85003
Kate Boehm  225 w. Madison St  Phx, AZ 85003

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ 400,000,000  ☐ Tier 1  ☐ Tier 2  ☒ Tier 3

### NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☐ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*

Case No._____

☐ 116 Other (Specify)_____*

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*　　☐ 123 Hospital*

☐ 122 Physician D.O*　　☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)* 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (e.g, Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

　　☐ 136 Six to Nineteen Structures*

　　☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152　152 Change of Name

☐ 153 Transcript of Judgment 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*

☐ 180　180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ 145 Special Action against Lower Courts
(See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
(A.R.S. §§1-501, 1-502, 11-1051)

## 144 & 150-199 UNCLASSIFIED CIVIL:

☐ 144 Administrative Review
(See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute – Discrimination*

☐ 185 Employment Dispute – Other*

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License (Maricopa
County Filings Only)

☐ 195(b) Amendment of Birth Certificate

☒ 163 Other* Prosecutorial Misconduct
(Specify) Legal malpractice
8th Crued and unsual punishment
and Punishment / Pain and
14th Suffering / defamation
Amendment of Character / malicous
Violation prosecution / wrongful
Prosecution / wrongfully
detained / Imprisonment

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 120120

Case No._____

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge

☐ Employer Sanction    ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

Allister Adel   225 W Madison St Phx, Az 85003

_____

**Additional Defendant(s):**

_____

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 120120

Person Filing: __Dominique Brown  T681828__

Address (if not protected): __3250 W. Lower Buckeye Road__

City, State, Zip Code: __Phoenix, AZ 85009__

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer  or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

CLERK OF THE
SUPERIOR COURT
FILED
R. MERINO, DEP

2021 JUN 29  AM II: 34

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

__Dominique Brown__

_____
PLAINTIFF,

vs.

__Allister Adel, Bob Shutts,__
__Treena Kay, Kate Boehm__
DEFENDANT.

CV 2021-010309

Case Number: _____

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you <u>DO NOT</u> need to file this form.**

The undersigned certifies that this case is (Please check <u>**ONLY**</u> one option below):

[ ] <u>**Subject to Arbitration**</u> – The amount of money in controversy <u>**DOES NOT**</u> exceed $50,000, <u>**AND**</u> no other affirmative relief is sought.

[X] <u>**Not Subject to Arbitration**</u> – The amount of money in controversy <u>**DOES**</u> exceed $50,000, <u>**OR**</u> other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

_____

SUBMITTED this __22__ day of __June__, 20__21__.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CV03f 120319

Person Filing: Dominique Brown T681808

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
R. MERINO, DEP

2021 JUN 29 AM 11: 36

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
_____
Name of Plaintiff

Allister Adel, Bob Shutts,
Treena Kay, Kate Boehm
_____
Name of Defendant

Case Number: **CV 2021-010309**

Title: **PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff, Dominique Brown demands a trial by jury in this case. If this

      *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this **06-21-2021**

   *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV03f 120319

Person Filing: Dominique Brown T681828
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009
Telephone: _____
Email Address: _____
Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
R. MERINO, DEP

2021 JUN 29 AM 11:33

For Clerk's Use Only

Representing   [X] Self, without a Lawyer  or    [ ] Attorney for — [ ] Petitioner — OR  [ ] Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

## CV 2021-010309

Dominique Brown
**Name of Petitioner/Plaintiff**

Allister Adel, Bob Shutts
Treena Kay, Kate Boehm
**Name of Respondent/Defendant**

**Case Number:** _____

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA          )
COUNTY OF Maricopa
ss.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1. [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    [X] Food Stamps
    [ ] Legal Aid Services

2. [ ] **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 1 of 4

GNF11f - 060115
Use current version

3. **FINANCIAL QUESTIONNAIRE**
   **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

   | NAME | RELATIONSHIP |
   |------|--------------|
   | Kyrique Brown | Son |
   | Dominique Brown Jr. | Son |
   | Kyrion Brown | Son |

**STATEMENT OF INCOME AND EXPENSES**
   Employer name:_____
   Employer phone number:_____
   ☒ I am unemployed (explain):_____

   My prior year's gross income:                          $_____

**MONTHLY INCOME**
   My total monthly gross income:                         $_____
   My spouse's monthly gross income (if available to me): $_____
   Other current monthly income, including spousal maintenance/support,
   retirement, rental, interest, pensions, and lottery winnings: $_____

   **TOTAL MONTHLY INCOME**                               $_____0_____

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $_____ | $_____ |
| Car payment | $_____ | $_____ |
| Credit card payments | $_____ | $_____ |
| Explain _____ | | |
| Other payments & debts | $_____ | $_____ |
| Household | $_____ | |
| Utilities/Telephone/Cable | $_____ | |
| Medical/Dental/Drugs | $_____ | |
| Health insurance | $_____ | |
| Nursing care | $_____ | |
| Tuition | $_____ | |
| Child support | $_____ | |
| Child care | $_____ | |
| Spousal maintenance | $_____ | |
| Car insurance | $_____ | |
| Transportation | $_____ | |
| Other expenses (explain) | $_____ | |

**TOTAL MONTHLY EXPENSES**                               $_____0_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $_____ |
| Credit union accounts | $_____ |
| Other liquid assets | $_____ |

**TOTAL ASSETS**      $_____

**The basis for the request is:**

4. **[ ] DEFERRAL:**

   **A. [ ]** My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

   **OR**

   **B. [X]** I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

   _when I am free and able_
   _to work_

   **OR**

   **C. [ ]** My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

5. **[ ] WAIVER:**

   I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 3 of 4

GNF11f - 060115
Use current version

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

**06-28-2021**
Date

Signature

Dominique Brown
Applicant's Printed Name

**6/28/21**
Date

Judicial Officer, Deputy Clerk or Notary Public

**9/1/22**
My Commission Expires/Seal:



C. GERDES
Notary Public - State of Arizona
PINAL COUNTY
Commission # 551198
Expires September 1, 2022

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW
Page 4 of 4
GNF11f - 060115
Use current version

Person Filing: Dominique Brown T681838

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
R. MERINO, DEP

2021 JUN 29  AM 11: 34

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

Name of Petitioner/Plaintiff

Allister Abel, Bob Shutts,
Treena Kay, Kate Boehm

Name of Respondent/Defendant

Case Number: CV 2021-010309

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR DEFERRAL OR WAIVER OF SERVICE
OF PROCESS FEES**

STATE OF ARIZONA )
COUNTY OF Maricopa ) ss.

**NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF
SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL
SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION
IS USED AS A LAST RESORT.**

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

[ ] **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

    [ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

    [☒] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

    _I am currently Detained_

    _____

    [ ] An enforceable injunction against harassment has been granted to me against the person to be served.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

[ ] This is what I did to try to find the other party (explain):

_____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

| NAME | ADDRESS |
|------|---------|
|      |         |
|      |         |

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 06-22-2021

_____
Signature

Dominique Brown
Applicant's Printed Name

## INFORMATION FOR SERVICE

### You must provide the following information:

To the best of my knowledge, as of (date) 06-22-21 , the last known address of the person to be served as: 225 W. Madison Phoenix, AZ 85003

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

**Person Filing:** Dominique Brown T681828

**Address (If not protected):** 3250 W. Lower Buckeye Road

**City, State, Zip Code:** Phoenix, AZ 85009

**Telephone:** _____

**Email Address:** _____

**Lawyer's Bar Number:** _____

**Representing** ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
R. MERINO, DEP

2021 JUN 29 AM 11: 33

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

**Name of Petitioner/Plaintiff**

Allister Abel, Bob Shotts,
Treena Kay, Kate Boehm

**Name of Respondent/Defendant**

**Case Number:** CV 2021-010309

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name) Dominique Brown.

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

**OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to pay (A.R.S. § 12-302(D)).

**OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

**7.** ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

**IT IS ORDERED:**

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____

**You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because _____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable or law enforcement

☐ agency. Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

☐ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

☐ **SCHEDULE OF PAYMENTS.**
The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 2 of 3

GNF18f - 050119
Use current version

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

A. Fees and costs are taxed to another party;

B. The applicant has an established schedule of payments in effect and is current with those payments;

C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

E. Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

1. Pays the fees and costs; or,

2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____ JUN 2 9 2021 _____

☐ **Judicial Officer**   ☒ **Special Commissioner**

I CERTIFY that I mailed/delivered/provided a copy of this document to:

☒ Applicant   ☐ at the above address   ☒ in court

☐ Applicant's attorney   ☐ at the above address   ☐ in court

Date: _JUN 2 9 2021_   By: _____

Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f - 050119
Use current version

# Attachment 6

Verification of DCA Courtney R. Glynn

# VERIFICATION OF COURTNEY R. GLYNN

STATE OF ARIZONA)

                      )ss.

County of Maricopa)

    I, Courtney R. Glynn, declare under penalty of perjury that I am a Deputy County Attorney with the Maricopa County Attorney's Office, Civil Services Division and that the attached documents are true and complete copies of all pleadings and other documents filed in the state court proceeding *Dominique Brown v. Allister Adel, et al.*, Maricopa County Superior Court Case No. CV2021-010309.

                    DATED this  28th  day of July 2021.

                              ALLISTER ADEL
                              MARICOPA COUNTY ATTORNEY

                              */s/Courtney R. Glynn*
                              COURTNEY R. GLYNN
                              Deputy County Attorney

1

# EXHIBIT C

**Superior Court Notice of Removal to the Federal District Court**

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:     COURTNEY R. GLYNN (023155)
        ANGELA D. LANE (035963)
        glynnc@mcao.maricopa.gov
        lanea01@mcao.maricopa.gov
        Deputy County Attorney
        MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Fax (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*
*Allister Adel, Bob Shutts, Treena Kay and Kate Boehm*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| Dominique Brown, | No. CV2021-010309 |
| Plaintiff, | |
| v. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| Allister Adel, Bob Shutts, Treena Kay, Kate Boehm | |
| Defendants. | (Honorable Randall Warner) |

TO THE CLERK OF THE COURT AND PLAINTIFF:

PLEASE TAKE NOTICE THAT Maricopa County Defendants, Allister Adel, Bob

Shutts, Treena Kay and Kate Boehm (collectively "Defendants"), hereby notify this Court

that it has filed a Notice of Removal of this action to the United States District Court for the

District of Arizona. A copy of the Notice of Removal (without attachments) is attached

hereto as Exhibit A.

RESPECTFULLY SUBMITTED on this 28th, July 2021.

ALLISTER ADEL

MARICOPA COUNTY ATTORNEY

By: */s/ Courtney R. Glynn*
     COURTNEY R. GLYNN
     ANGELA D. LANE
     Deputy County Attorneys
     *Attorneys for Maricopa County*
     *Defendants Allister Adel, Bob Shutts, Treena*
     *Kay and Kate Boehm*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the TurboCourt System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Honorable Randall Warner
Maricopa County Superior Court
East Court Building 414
Phoenix, AZ 85003

COPY mailed to:

Dominique Brown T681828
Lower Buckeye Jail
3250 West Lower Buckeye Road
Phoenix, AZ 85009
*Plaintiff Pro Per*

*/s/ R. Scott*

# EXHIBIT A

**CASE NO. CV2021-010309 TO THE UNITED STATES DISTRICT COURT NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT(WITHOUT EXHIBITS)**

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:    COURTNEY R. GLYNN (023155)
       ANGELA D. LANE (035963)
       glynnc@mcao.maricopa.gov
       lanea01@mcao.maricopa.gov
       Deputy County Attorney
       MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Fax (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*
*Allister Adel, Bob Shutts, Treena Kay and Kate Boehm*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Dominique Brown, | No. |
| --- | --- |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2021-010309 TO THE UNITED STATES DISTRICT COURT** |
| Allister Adel, Bob Shutts, Treena Kay, Kate Boehm | |
| Defendants. | |

Maricopa County Defendants, Allister Adel, Bob Shutts, Treena Kay and Kate Boehm (collectively "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause

number CV2021-010309, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1. On or about June 29, 2021, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption Dominique Brown v. Allister Adel, Bob Shutts, Treena Kay, Kate Boehm, No. CV2021-010309. A Copy of the Complaint and all other documents previously filed in this matter and served on Defendants are attached hereto as Exhibit B.

   a. The Complaint was served on Defendants on July 13, 2021.

   b. The Defendants have not plead, answered or otherwise appeared in this action.

   c. This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

   d. The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983 for violations of the Eighth and Fourteenth Amendments of the United States Constitution.

   e. By reason of the above facts, (i) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (ii) the case is removable pursuant to 28 U.S.C. § 1441(c). The Defendants, who have been served, hereby consent to the removal of this action.

f. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit C, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** on this 28th day of, July 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By: */s/ Courtney R. Glynn*
   COURTNEY R. GLYNN
   ANGELA D. LANE
   Deputy County Attorneys
   *Attorneys for Maricopa County*
   *Defendants Allister Adel, Bob Shutts, Treena*
   *Kay and Kate Boehm*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2161

COPY mailed to:

Dominique Brown T681828
Lower Buckeye Jail
3250 West Lower Buckeye Road
Phoenix, AZ 85009
*Plaintiff Pro Per*

*/s/ R. Scott*

S:\CIVIL\CIV\Matters\RM\2021\Brown v. Adel 2021-1790\Pleadings\Removal\Not of Removal DCt.docx

3

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #5942585 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2021010309 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Brown Vs. Adel, Et.Al.
Filed By: Courtney Glynn
AZTurboCourt Form Set: #5942585
Keyword/Matter #:
Delivery Date and Time: Jul 28, 2021 11:51 AM MST
Forms:


Attached Documents:
Notice of Removal to Federal Court: NOTICE OF FILING NOTICE OF REMOVAL
Exhibit/Attachment (Supporting): Exhibit A